AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of West Virginia

| | |
|---|---|
| United States of America<br>v.<br>Steven Jamar Alexander<br><br>*Defendant(s)* | Case No.<br>3:25-mj-00019 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __March 26, 2025__ in the county of __Putnam__ in the __Southern__ District of __West Virginia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 841(a)(1) | Possession with Intent to Distribute Fentanyl |

This criminal complaint is based on these facts:

On March 26, 2025, at 59 Lilac Lane, Apartment B, in Nitro, Putnam County, West Virginia, within the Southern District of West Virginia, Steven Jamar Alexander possessed approximately 196 grams of a substance that field-tested positive for Fentanyl, a Schedule II controlled substance. Based on my training and experience, this quantity is consistent with an intent to distribute.

☐ Continued on the attached sheet.

*Complainant's signature*

SA Jennifer L. King (FBI)
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone (specify reliable electronic means).

Date: 03/26/2025

*Judge's signature*

City and state: Huntington, West Virginia     Joseph K. Reeder, United States Magistrate Judge
*Printed name and title*